```
                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEW JERSEY
```

|   |   |   |
|---|---|---|
| WESSIE CORP. ET AL., | : |   |
|   | : | Civil Action No. |
| Plaintiffs, | : | 06-589 (NLH) |
|   | : |   |
| v. | : |   |
|   | : |   |
| SEA ISLE CITY ZONING BD. OF | : | _____ORDER |
| ADJUSTMENT, ET AL., | : |   |
|   | : |   |
| Defendants. | : |   |

**APPEARANCES:**

Frank L. Corrado
Barry, Corrado, Grassi & Gibson, P.C.
2700 Pacific Avenue
Wildwood, NJ 08620
     and
Mary D'arcy Bittner
Law Office of Mary D'arcy Bittner, LLC
15 Lake Vista Drive
P.O. Box 471
South Seaville, NJ 08246
*Attorneys for Plaintiffs*

James B. Arsenault, Jr.
Office of County Counsel
4 Moore Road, DN-104
Cape May Court House, NJ 08210
*Attorney for Defendant Sea Isle City Zoning Board of Adjustment*

Richard L. Goldstein
Marshall, Dennehey, Warner, Coleman & Goggin, PA
Woodland Falls Corporate Park
200 Lake Drive East
Suite 300
Cherry Hill, NJ 08002
*Attorney for Defendant Ellen Nicholson Byrne, individually, as well as in capacity as Solicitor to Zoning Board*

Glenn Alan Zeitz
38 Haddon Avenue
Haddonfield, NJ 08033-8445
*Attorney for Defendant Patricia Urbaczewski, individually, as*

*well as in capacity as Member of Zoning Board*

**HILLMAN, District Judge**

For the reasons set forth in this Court's Opinion filed on this date, **IT IS HEREBY ORDERED** this 29th day of June, 2007, that the motion to dismiss filed defendant Sea Isle City Zoning Board of Adjustment [11], joined by defendant Patricia Urbaczewski [18], and the motion to dismiss filed by defendant Ellen Nicholson Byrne [12] are hereby **GRANTED**.  Plaintiffs' complaint is dismissed.

                                        S/Noel L. Hillman
                                    NOEL L. HILLMAN, U.S.D.J.

At Camden, New Jersey